IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

DORIS BROWN,  )
  )
    Plaintiff,  )
  )
v.  ) CASE NO. CV418-224
  )
DOLLAR TREE STORES, INC., and  )
JOHN DOES 1-10,  )
  )
    Defendants.  )
  )

## O R D E R

Before the Court is the parties' Stipulation of Dismissal. (Doc. 10.) Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), a plaintiff may dismiss an action by filing "a stipulation of dismissal signed by all parties who have appeared." As requested by the parties, this action is **DISMISSED WITH PREJUDICE**. Each party shall bear its own costs and attorneys' fees. The Clerk of Court is **DIRECTED** to close this case.

SO ORDERED this 19th day of December 2018.

WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA